█ THE PEOPLE OF THE STATE OF NEW YORK, v KATRINA HASLIP, Defendant.—Motion to extend time to serve notice of appeal granted upon condition that a notice of appeal is served on or before May 9, 1988. Memorandum: There is no time limit within which to seek relief pursuant to CPL 460.10 (6). Present—Dillon, P. J., Boomer, Pine, Balio and Lawton, JJ.